# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

ANITA KRISHNA  16th Sept 2022
~~Persons calling themselves "Friends"~~,
4490 NW Columbia Ave Portland. OR
97229 USA.
ANITA KRISHNA / ANITAI KRISHNA
*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Persons calling themselves "friends",
"security"/"Protection"; others Capitalising,
on situation (abuse, torture, infighting to
ne, us)
*Defendant(s)*

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  6:22-CV-01534-MC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No   NO

405 E 8th st. Eugene. 97401 Eugene
Please note I did go to the Courts
on 10th Oct at 3.20pm approx. but
2022
it was shutdown, empty, the elevators
would not work, nor the doors to get inside.
I was told it was "a Jedual holiday.

• attached pages 6 & 7
of additional 5-10
defendants

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. Please the attached pages, I am the sole person making this complaint, unable to communicate with the close persons in my life that it also affects, etc (some horribly affected).

| | |
|---|---|
| Name | |
| Street Address | 4490 NW Columbia Ave. Portland. OR. 97229 |
| City and County | U.S.A (currently). |
| State and Zip Code | Oregon. 97229  (currently not working) |
| Telephone Number | 971-329-5793 (unable to use securely) 503935-6277 |
| E-mail Address (not receiving important calls, mail, emails, etc.) | anitaikrishna@outlook.com; unable to get into anitakrishna@hotmail.com; akrishna@iCloud.com, etc Please do not respond to these ones; or anitaikrishna@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: ANITA KRISHNA / ANITAI KRISHNA, 4490 NW Columbia Ave, Portland, Oregon, 97229, U.S.A. see attached pages of defendants additional 5-10. see attached: Comcast, (Possibly also Frontier)
- Job or Title (if known): Technicians, Managers, other employees
- Street Address: ?
- City and County: Portland, Oregon (Section Responsible for Portland 97229 area)
- State and Zip Code: Oregon 97229. USA; elsewhere; other countries
- Telephone Number: ?
- E-mail Address (if known): ?

**Defendant No. 2**

- Name: T-Mobile
- Job or Title (if known): Technicians; Technicians; Managers, other employees
- Street Address: ?
- City and County: Portland, Oregon; elsewhere
- State and Zip Code: 97229 USA; elsewhere, other countries
- Telephone Number: ?
- E-mail Address (if known): ?

**Defendant No. 3**

- Name: Google; Yahoo; MSN; Apple (that manufactures Iphones, Mac notebook etc)
- Job or Title (if known): Technicians; Managers, other employees.
- Street Address: Portland, California; elsewhere, other countries
- City and County: ?
- State and Zip Code: Portland; Oregon; California; elsewhere
- Telephone Number: ?
- E-mail Address (if known): ?

**Defendant No. 4**

- Name: AT&T; Samsung;
- Job or Title (if known): Technicians; Managers; other employees
- Street Address: Cascades, Portland, Oregon; elsewhere
- City and County: Portland; elsewhere
- State and Zip Code: California; Oregon; elsewhere, other countries
- Telephone Number: ?
- E-mail Address (if known): ?

Requesting an attorney/attorneys for all actions/complaints intended. 18th Sept 2022
Please note pg listing defendants 5-8/9 stolen, will submit to court when I CAN, ASAP. Anita Krishna.

Pro Se I 18th Sept 2022 (Complaint for a civil Case) Rev 12/16
ANITA KISHNA 4490 NW Columbia Ave. Portland. Oregon. 97229. USA
see attached complaint forms for US District Court, to this written complaint, etc.

3. Continued — my conditions include a battered syndrome "condition", reaction, (this is following from a request to the courts to stop abuse sequences being "organised" by "friends" I do not know, or barely acquainted with, including me, us malicious, etc intentions, for sometime now.) — My most recent, very public victimization, again unprovoked, continued on 12th Sept 2022 where I again was screaming, crying in public, organised by these "friends" etc to make a spectacle of me.

4. I, ANITA Indranie Kishna, also request and am letting the courts know that approximately 14-15 plus, maybe more birth certificates of mine have been stolen; also other personal ID documents (social security cards, USA, and School ID cards, etc), and that anyone posing as me, stating "helping", for my/our protection/security, that this is not so, that it is for their protection, their security and I am asking, please, that they be prevented from/ stopped in their malicious, etc other "oppressive" intentions against me, my close ones, including my sisters, who do not know their rights and who are all in very terrible condition mentally also.

5. that all this is unprovoked, by me, and the intent is to keep the abuse going for as long as this "crew" and "friends", persons, others capitalizing on it, can do it for, to make a continuous spectacle of me, us, me especially and have it be known by my father, mother, other loved ones seen what they are doing to me, while they enjoy it, and live off a of it, and make me make the repeated abuse reports, complaints as done for the 23 plus years I forced to do, to make — starting apparently first with my baby/child, 25 plus years ago, etc,
16th Sept 2022

ANITA KRISHNA 4490 NW Columbia Ave. Portland. OR-97229. USA.
(Continued) 18th Sept 2022   5 — Pro SE I (Complaint for a civil case. Rev 12/16).
Pg 6 of 6  Defendant No. 4 — other technicians, Managers, other employees in the State of Oregon colluding to deprive me, us of our rights, etc.

Name :

Job or title : USPS; UPS; Fedex Stores; Postal Annex; Various positions

(All those with malicious intentions) – in Oregon, California, other states, and countries

Defendant No. 6 — Other technicians, Managers, other employees in other States in USA, Oregon, colluding to deprive me, us of our rights, etc.

Name : libraries; State libraries; Local libraries; in Oregon, California [USA].

Job or Title : Various positions

(All those with malicious intentions) colluding to deprive me, us of our rights, etc.

Defendant NO. 7 _ : FBI; State Police (local Police departments) in different states (showing to be presently California, Oregon); other, etc, other countries (namely Guyana; others).

Job or title -: various positions

(: All those with malicious intentions colluding to deprive me, us of our rights, exploit, etc, waste me away this way, etc) dragging it out to upkeep abuse, torture, etc, brutalisation, "spectacle"; etc.). 18th Sept 2022

Defendants No. 8 _ Security; various ones involved & known involved
Job or Title — technicians, Managers, other employees, etc
(All those with malicious intentions colluding to deprive    Page 6 of 6
me, us of our rights, exploit, etc, waste me away
this way, etc, to upkeep abuse, torture, brutalisation; making me, us
into "spectacles", etc — State of Oregon, Guyana, other states of USA,
as relevant; other countries as relevant.
18th Sept 2022

Anita Krishna 4490 NW Columbia Ave. Portland. Oregon. 97229 USA.
Pro Se (Rev 12/16) complaint for a civil case and additional defendants:

No.11. Defendants:

Name: Rock creek neighbourhood, 97229, and various other places, where "noise" plus abuse etc continued in targeting of my brain/head, other conditions, etc

Job or title (including owners of these places; living in these homes, etc.): various employees of

Various neighbours in Rockcreek, various hospitals, Salem (Portland/St Vincents) Providence in particular; grocery stores; post offices; transportation services in Oregon: Trimet, Trimet Lift; Uber; lyft; Radio cab; Police/WCSO; Housing Services (WCHS); Amtrak Station (Portland); Airport (PDX); Chevriot service (Salem); Hotels (Hilton; Comfort Inn; Holiday Inn;); Fedex Store; Libraries; PSU; etc.

No.12: Defendants: Neighborhoods in Guyana where I lived, houses, businesses surrounding my home; Taxi services used;

Name: Unable to state presently (being kept delayed with abuse to wick my way away this way, unprovoked (by me, us))

Job or title: various persons living here in collusion with various overall 'activity' to do this, as being done repeatedly to date; various employees/owners of these businesses; Particular persons in the political parties there in collusion to organise this etc;

No: 13 Defendants: California (L.A; San Francisco).— Mark Zuckerberg

Name: Private businesses Anita Krishna; SFIA; L.A Airport; Tijuana center; Sutter hospitals; RTA/RDT transportation services; Hotels (Hilton; Motel 6; Anita Krishna

Job title: employees/owners of these various places "security" at these places; construction companies, etc.

II. **Basis for Jurisdiction** ANITA KISHNA/ANITAIKISHNA, 4440 NW Colombia Ave., Portland, OR USA 97239
(attornies); Request for an attorney for all actions/complaints intended.

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. <u>In a diversity of citizenship case, no defendant</u> may be a citizen of the same State as any plaintiff. ← this makes no sense to me, as there's collusion happening here as all the the conspiracy against me, us, and the brutalisation being done, needing to be stopped immediately.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Disability Act of USA; Elderly Act of USA; that is persons close Conspiracy against my, our rights (Close persons to me). etc; to me (persons genuinely doing their jobs, [on close and know it me;] persons showing me, us genuine kindness, appreciation, attention, Love, care, etc). Other Relevant Laws 16th Sept 2022, etc of USA, etc, as relates to abuse exploitation, etc 18th Sept 2022.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ANITAIKISHNA/ANITAKISHNA, is a citizen of the State of *(name)* OREGON, USA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)* and abuse etc

Transnationally persons, in organisations, maliciously organising the "noise"/targeting my (etc) head/brain since 1996.

2. The Defendant(s) so far presumed to be persons inciting, colluding, maliciously organising with others to take the blame

   a. If the defendant is an individual

   The defendant, *(name)* Persons in authority, and private persons, is a citizen of the State of *(name)* Oregon, California, other (USA) Or is a citizen of *(foreign nation)* Guyana; Mexico; UK; Brazil; etc. 16th Sept 2022 18th Sept 2022 (see attached explanation about persons close known to me being hooked, incensed, manipulated to implicate them, etc.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ANITA KISHNA / ANITAI KISHNA 4490 NW Columbia Ave. Portland, OR 97229, USA.

Requesting an attorney

b. If the defendant is a corporation **Showing to be certain particular State officials, in authority colluding to carry out maliciousness, malicious intentions against me, us (unprovoked)**
The defendant, *(name)* is incorporated under the laws of the State of *(name)* **Oregon, California, other (USA)** and has its principal place of business in the State of *(name)* **Oregon, California, other (USA) etc**
Or is incorporated under the laws of *(foreign nation)* **Guyana; Brazil; Mexico; UK**
and has its principal place of business in *(name)* **government bodies of above plus private organisations, etc.**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

16th Sept 2022

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

9th Oct 2022: I do not know this amount, but it is in excess of $75,000 as stated above here, and as stated to D.O.J on 25th May 2022 or 18th May 2022 or 13th May 2022. And as relates to damages, the area dealing with this, I am unable to say as I do not have the right knowledge etc, expertise, to determine this or the necessary fair, competent, impartial, properly qualified, trusted legal advice etc; as stated requesting to confer with attornies known to me, etc.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached statements in writing of request to stop "friends"/"concerned" persons, organising & implementing the abuse maliciously; plus statements of "work" (my "work"/plans trying to get done, to organise, to do; And claims trying to be put in place, ADR etc other situations regarding claims that the abuse done deliberately to me, us while "friends"/"covers"/"concerned" persons cashed in on it using our grief, anguish, pain, sufferings, infighting created among us, and any/our own hand earned, unoppressive gained, unexploitative funds/money, etc. 16th Sept 2022

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Please see EPPDAPA petitions filed (3 of them) 29th June/ July; 31st Aug; 30th Aug/ Sept 2022

10th Oct 2022 (Relief Immediately requested attached: Rest, etc, also being brutally ensured) Unable to state this - in addition to condition I am in, and lack of relevant legal knowledge, skills and no privacy, I am unable to communicate with persons I requested legal assistance from -: known to me, and my right to do so - (Glenn Hanoman; Sabine McIntosh; etc.); Hadley Bajramovic states she is unable to provide the expertise required and I am unable to communicate with these persons. Chose which state attorney/ attorney to assist etc.

18th Sept 2022

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ANETA KISHWA / ANETAI KISHWA, 4490 NW Columbia Ave.
Requesting an attorney for attornies, Portland, OR - 97209. USA
all actions / complaints intended.

Apparently, possibly complaints not reaching appropriate judge/authority
CAS stated: Increasing, fooling, incitement, corruption etc; so —
Please note: Conspiracy against my/our rights to have this be Oregon's "Fault", etc.

## V. Certification and Closing :

Please note being kept from reading, digesting, understanding information, etc — Head/brain injury/trauma being aggravated etc!

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(2022); (2010) "Judgement" etc, Request for attorney and situation regarding earlier

### A. For Parties Without an Attorney
Request to proceed ... "pauperus (poor) here
and as necessary (printed form stolen either from home or elsewhere)
(on 16th Sept 2022)  (17th Sept).

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

— was trying to file this

Date of signing: 18th Sept 2022    Oct 11th 2022

Oct 11th 2022

Signature of Plaintiff    Kishwa ANETAKISHWA    Kishwa ANETAKISHWA
Printed Name of Plaintiff    ANETAKISHWA

### B. For Attorneys
Requesting attornies, other persons known to me to communicate with for their advice on selection of state(s) attorney / attornies.

Date of signing:

Signature of Attorney    None yet
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Glenn Hanoman - glennhanoman@yahoo.com    } 01159822-54489  } Guyana.
Sabine McIntosh - suacsss@yahoo.com        }  to reach Sabine } South
etc                                                McIntosh; others.     America