IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANITA KRISHNA,

        Plaintiff,                      Case. No. 6:22-cv-1534-MC

       v.                                JUDGMENT

PERSONS CALLING THEMSELVES
FRIENDS, et al.,

        Defendants.
_____

MCSHANE, Judge:

*Pro se* plaintiff seeks leave to proceed *in forma pauperis* (IFP). The Court, pursuant to 28 U.S.C. § 1915(e)(2), must screen applications to proceed IFP and dismiss any case that is frivolous or malicious, or fails to state a claim on which relief may be granted. The Court is unable to make out any viable claim for relief in any of the over 50 pages of filings attached to the complaint. Plaintiff's handwritten complaint is largely illegible. To the extent the Court can read the handwriting, the Court cannot make out any allegations leading to any claim against any Defendant, named or unnamed. As Plaintiff's complaint fails to state a claim, it must be dismissed. 28 U.S.C. § 1915(e)(2).

IT IS SO ORDERED.

    DATED this 8th day of November, 2021.

                                           _____/s/ Michael McShane_____
                                                    Michael McShane
                                               United States District Judge

1 – JUDGMENT